**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   15-10565 |
| Plaintiff-Appellee, | D.C. No. 2:15-cr-01023-GMS-1 |
| v. | |
| TORIBIO MORENO-FIERRO, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
G. Murray Snow, District Judge, Presiding

Submitted November 4, 2016[**]

Before:  HUG, FARRIS, and CANBY, Circuit Judges.

Toribio Moreno-Fierro appeals from the district court's judgment and

challenges his conviction and 33-month sentence for being an illegal alien found in

the United States following deportation, in violation of 8 U.S.C. § 1326.  Pursuant

to *Anders v. California*, 386 U.S. 738 (1967),  Moreno-Fierro's counsel has filed a

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Moreno-Fierro the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Moreno-Fierro has waived his right to appeal. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED**.

**DISMISSED**.